**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

United States of America,                         Case No. 04-cr-306 PAM/RLE

                    Plaintiff,

        vs.

                                                  **ORDER FOR PERMISSION TO TRAVEL**
Kevin Jerome Pisha,                               **OUTSIDE THE UNITED STATES**
                    Defendants.


        **IT IS HEREBY ORDERED** that Defendant's Motion for Permission to Travel

Outside the United States is **GRANTED**.  Defendant may travel to Rome, Italy and surrounding

areas in Europe from June 24, 2006 through July 9, 2006, and to Mazatlan, Mexico from August

12, 2006 through August 19, 2006.  Defendant is to contact his probation officer on July 10,

2006 upon his return from Europe and on August 21, 2006 upon his return from Mexico.


Dated: January 16, 2006                    s/Paul A. Magnuson
                                           PAUL A. MAGNUSON
                                           UNITED STATES DISTRICT JUDGE